UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

CRAIG DOWLING,

    Plaintiff,

v.                                                                 3:11-cv-609

GARY COLLINS, et al.,

    Defendants.

## **O R D E R**

This *pro se* prisoner's civil rights action pursuant to 42 U.S.C. § 1983 is scheduled for a non-jury trial on February 20, 2013. There are pending various dispositive and non-dispositive motions.

The defendants have filed a motion for summary judgment. Plaintiff filed a motion for extension of time within which to file his response, and subsequently filed his response to the motion for summary judgment. Plaintiff's motion for extension of time [Court File No. 39] is **GRANTED NUNC PRO TUNC** as of January 24, 2013.

The defendants have filed a motion for extension of time within which to file their reply to plaintiff's response. The motion [Court File No. 44] is **GRANTED**. Defendants shall have up to and including February 11, 2013, within which to file their reply.

There are also pending plaintiff's two motions to amend his complaint, in which he seeks to correct the name of Officer Hill to be Officer Anthony Hill. The motions to amend [Court File Nos. 20 and 27] are **GRANTED** to that extent.

Plaintiff also filed a motion to disregard the defendants' notice of plaintiff's failure to file a pretrial narrative statement, because plaintiff filed his pretrial narrative statement. Plaintiff having filed his pretrial narrative statement, the motion to disregard [Court File No. 26] is **GRANTED**.

Under the circumstances, the trial date of February 20, 2013, is **CANCELLED**. Another trial date will be scheduled, if necessary, pending disposition of the motion for summary judgment.

**ENTER:**

    s/ Thomas W. Phillips
    United States District Judge