UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| CRAIG DOWLING, | ) | | |
| | ) | | |
| *Plaintiff*, | ) | | |
| | ) | | |
| v. | ) | No.: | 3:11-cv-609 |
| | ) | | *Phillips* |
| | ) | | |
| GARY COLLINS, et al., | ) | | |
| | ) | | |
| *Defendants*. | ) | | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the motion for summary judgment filed by defendants Gary Collins and Steve Coffee is **GRANTED**. All other pending motions are **DENIED** as **MOOT**. In addition, the matter is **DISMISSED WITHOUT PREJUDICE** as to the remaining defendant, Anthony Hill, and this action is **DISMISSED IN ITS ENTIRETY**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R :**

                                                                 s/ Thomas W. Phillips
                                                    United States District Judge

ENTERED AS A JUDGMENT
    s/ *Debra C. Poplin*
   CLERK OF COURT